Honorable Judge Arcara,

I want to begin by thanking you and the court for the time here to able to address my actions and the charge against me.

The period of around a year before the investigation leading to my arrest will forever be the darkest and most regretable time of my life. In that time I betrayed the trust of my stepdaughter whom I have shared a close relationship with and care about very deeply. The acts I committed against her were terrible. When I married her mother I took a vow to protect my stepdaughter from monsters, but instead I became one. I also contributed to the victimization of others through the illegal pornography that I possesed. My actions have caused so much hurt for my family and others that I wish I could take away. I caused even more pain by not just coming forward and being honest at the beginning of, and during the investigation. All I could think about at the time was the immediate separation from my 10 year old twin sons who mean the world to me, but I realize that was incredibly selfish of me.

I am so sorry for what I have done to my stepdaughter, my family, and all involved in this. I have had a lot of time to reflect on my actions and myself. I do not recognize the man who went down this dark path and could do what I did, but that does not change that I did and that I must be held accountable. I have dealt with anxiety and depression issues over the years from being bullied growing up, moving around after my parents separation and struggles in my own marriage shortly after my twins were born. Loneliness became a struggle as

My marriage continued to break down. I had difficulties making friends and building strong relationships with people after we relocated from Albany to the Buffalo area. These factors may have played a part, but I refuse to use them as an excuse. There is no excuse for my actions and my stepdaughter as well as the victims in the images I possesed deserve justice.

I am incredibly grateful that I have been forgiven by my family and I hope that I can receive help and counseling. My mother, father, brother, aunts, uncles as well as close family friends continue to be supportive. I have a good communicating relationship with the mother of my stepdaughter and twin sons for the sake of our children, but most importantly I continue to have a strong bond with my twin sons. Despite me being in jail for over a year and a half now and separated from them, they still consider me their hero. They have a basic understanding of why I am gone, but we continue to keep our relationship strong through phone calls, visits, video visits and letters. I have contact with them every week and I have also sent them well over 150 drawings, origami, and other crafts. We even started writing some short stories together. They are my heroes and I want to do everything I can to be the best father I can be for them even in this current situation and part of that is teaching them that we must take responsibility for our actions.

Since my arrest I have made it a point to change, turn my life around and make my kids proud. I have

began to rebuild my relationship with God and I took part in an extensive Bible study program offered by the jail. I was made aware by the chaplain that I am one of only a handful of people in his many years at the facility to actually complete the program. I have also inspired and helped a couple other men complete it as well. I have used my talents as an artist to create drawings, birthday and holiday cards for others to send home to their families. Earlier this year the jail made a variety of programs and courses available on the Edovo platform and I have spent hundreds of hours completing various mental health, recovery, cognitive behavioral therapy and thinking, parenting, abuse, sex and pornography, prison programs and reentry, leadership, business, mindfulness, career training, further biblical studies and other courses. I have earned over 275 certificates and have made it a goal and priority to continue to educate myself and really deserve the "hero" title my kids have given me. As of September 2024 I am enrolled in college and working towards a degree in theology and faith based counseling. I am thankful for support from my family as well as a scholarship I received in order to do so.

I eventually would like to work in ministry or any areas I can help others and steer them away from the path I went down and stop more people from getting hurt. I also have a dream of starting a business one day with my kids. My one son says he wants to use our art skills to start a t-shirt business together someday. Whether that comes

TO BE OR NOT, HIS DREAMS INSPIRE ME TO CONTINUE TO CHANGE AND BE BETTER.

I'M HOPING TO BE PLACED IN AND SERVE MY TIME AT FCI ELKTON BECAUSE I KNOW THEY HAVE SEX OFFENDER TREATMENT PROGRAMS AND COUNSELING/THERAPY THAT I REALLY WANT TO TAKE PART IN. IT WILL ALSO KEEP ME CLOSE FOR MY FAMILY TO COME AND VISIT ME. I WANT TO UTILIZE MY TIME THERE TO FURTHER EDUCATE MYSELF AS WELL AS CONTINUE TO REFLECT ON AND CORRECT THE THINGS THAT LED TO MY OFFENSE AND BEHAVIOR. I WANT TO RETURN TO MY FAMILY AND SOCIETY A MUCH BETTER MAN.

I CAN NEVER FULLY UNDO THE HURT I HAVE CAUSED MY STEPDAUGHTER AND OTHERS. I WILL FOREVER BE SORRY FOR MY ACTIONS AND BETRAYAL OF TRUST. I PRAY EVERY SINGLE DAY THAT MY STEPDAUGHTER AND EVERYONE INVOLVED IN THIS CAN HEAL. ALONG WITH THAT PRAYER IT IS MY HOPE THAT EVERYONE CAN MOVE FORWARD AND FIND HAPPINESS.

ONCE AGAIN I APPRECIATE BEING ALLOWED TO ADDRESS THE COURT AND I THANK YOU FOR YOUR TIME.

SINCERELY,
COREY BEASLEY